# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: ALBERTO A. GUERRERO § Case No. 15-81262
   SOPHIA M. GUERRERO §
             §
    Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 05/06/2015.

2) The plan was confirmed on 08/21/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 05/02/2016, 05/03/2016, 05/31/2016, 07/08/2016.

5) The case was converted on 07/07/2016.

6) Number of months from filing or conversion to last payment: 9.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,250.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 800.00 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 775.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 718.85 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 56.15 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 775.00 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 3,200.00 | 3,200.00 | 3,200.00 | 718.85 | 0.00 |
| FIRST INVESTORS FINANCIAL | Sec | 0.00 | 14,753.93 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK, NA | Sec | 0.00 | 21,237.66 | 0.00 | 0.00 | 0.00 |
| ALL KIDS & FAMILY CARE | Uns | 320.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Uns | 532.00 | 532.00 | 532.00 | 0.00 | 0.00 |
| AMERIMARK PREMIER | Uns | 114.00 | NA | NA | 0.00 | 0.00 |
| ASPEN DENTAL | Uns | 1,682.70 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 4,273.65 | 4,511.28 | 4,511.28 | 0.00 | 0.00 |
| CASH TAXI | Uns | 618.65 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Uns | 1,305.28 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE COMPANY | Uns | 165.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE | Uns | 80.00 | 275.54 | 275.54 | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING INC | Uns | 189.50 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 45.75 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 435.00 | 483.69 | 483.69 | 0.00 | 0.00 |
| DENTAL EXPERTS DBA DENTAL | Uns | 116.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS INC | Uns | 74.29 | NA | NA | 0.00 | 0.00 |
| E-470 PUBLIC HIGHWAY | Uns | 77.25 | 77.25 | 77.25 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ENHANCED RECOVERY CORP | Uns | 927.00 | NA | NA | 0.00 | 0.00 |
| FIGIS INC | Uns | 43.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 312.20 | 269.80 | 269.80 | 0.00 | 0.00 |
| FRANKLIN COLLECTION SERVICE | Uns | 74.29 | NA | NA | 0.00 | 0.00 |
| FRANKLIN COLLECTION SERVICE | Uns | 74.00 | NA | NA | 0.00 | 0.00 |
| PAYPAL INC | Uns | 450.00 | 450.00 | 450.00 | 0.00 | 0.00 |
| INSIGHT CAPITAL | Uns | 390.00 | NA | NA | 0.00 | 0.00 |
| INTERNATIONAL CASH ADVANCE | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| JACOB COLLECTION GROUP LLC | Uns | 960.20 | NA | NA | 0.00 | 0.00 |
| LTD FINANCIAL SERVICES LP | Uns | 402.68 | NA | NA | 0.00 | 0.00 |
| MABT / CONTINENTAL FINANCE | Uns | 960.00 | NA | NA | 0.00 | 0.00 |
| MAMBO CASH | Uns | 278.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 2,347.87 | 1,122.68 | 1,122.68 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 1,200.00 | 1,022.93 | 1,022.93 | 0.00 | 0.00 |
| MRS ASSOCIATES OF NJ | Uns | 402.68 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 187.50 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Uns | 453.90 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 289.00 | NA | NA | 0.00 | 0.00 |
| NORTHWAY FINANCIAL CORP | Uns | 618.65 | NA | NA | 0.00 | 0.00 |
| OSF COMMON BUSINESS OFFICE | Uns | 351.00 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL | Uns | 1,596.66 | NA | NA | 0.00 | 0.00 |
| OSF ST ANTHONY MEDICAL GROUP | Uns | 1,313.41 | NA | NA | 0.00 | 0.00 |
| PARKWAY VISTA B | Uns | 140.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE FINANCIAL GROUP INC | Uns | 459.00 | NA | NA | 0.00 | 0.00 |
| RETRIEVAL MASTERS CREDITORS | Uns | 50.44 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 3,989.00 | 3,008.98 | 3,008.98 | 0.00 | 0.00 |
| SCQ PROCESSING | Uns | 270.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 777.00 | 985.84 | 985.84 | 0.00 | 0.00 |
| STELLAR RECOVERY | Uns | 393.00 | NA | NA | 0.00 | 0.00 |
| SUNRISE CREDIT SERVICES INC | Uns | 405.22 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 199.00 | NA | NA | 0.00 | 0.00 |
| TOWER LENDING UWBSVCS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Uns | 220.20 | NA | NA | 0.00 | 0.00 |
| TRI-STATE ADJUSTMENT FREEPORT | Uns | 34.57 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 384.87 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VISTA B VENTURES | Uns | 140.00 | NA | NA | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 0.00 | 893.66 | 893.66 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Uns | 0.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 0.00 | 576.90 | 576.90 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 14,610.55 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 775.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 775.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date:  07/13/2016              By:  /s/ Lydia S. Meyer
                                    Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)